IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 MAR 28 PM 3:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAR 28 2002

| | | |
|---|---|---|
| JEFFERY DeWAYNE TATE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-00-AR-0812-S |
| | ) | |
| STATE OF ALABAMA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on February 13, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed because plaintiff seeks monetary relief from a defendant who is immune from such relief, for failure to state a claim upon which relief may be granted and as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and (2). The plaintiff filed objections to the report and recommendation on February 25, 2002.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed because plaintiff seeks monetary relief from a defendant who is immune from such relief, for failure to state a claim upon which relief

14

may be granted and as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and (2).  A Final Judgment will be entered.

DATED this 28th day of March, 2002.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

2